JOHNSON et al v. MENU FOODS                                                                    Doc. 2
WAWD CM/ECE Version 3.0.4 - Docket Report                        Page 1 of 4
Case 1:07-cv-03254-NLH-AMD    Document 2    Filed 07/16/2007    Page 1 of 4

CLOSED, STAYED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00455-JCC
### Internal Use Only

| | |
|---|---|
| Johnson et al v. Menu Foods | Date Filed: 03/27/2007 |
| Assigned to: John C Coughenour | Date Terminated: 07/02/2007 |
| Cause: 28:1441 Petition for Removal- Product Liability | Jury Demand: None |
| | Nature of Suit: 195 Contract Product Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Suzanne E Johnson**                    represented by    **Steve W. Berman**
                                                           HAGENS BERMAN SOBOL
                                                           SHAPIRO LLP
                                                           1301 5TH AVE
                                                           STE 2900
                                                           SEATTLE, WA 98101
                                                           206-623-7292
                                                           Email: steve@hbsslaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Craig R Klemann**                      represented by    **Steve W. Berman**
*individually and on behalf of all others*                (See above for address)
*similarly situated*                                       *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Menu Foods**                           represented by    **Gary A. Trabolsi**
*a foreign corporation*                                    GARDNER BOND TRABOLSI
                                                           MCDONALD & CLEMENT
                                                           2200 6TH AVE
                                                           STE 600
                                                           SEATTLE, WA 98121
                                                           206-256-6309
                                                           Email: gtrabolsi@gardnerbond.com
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jeffrey T Kestle**
                                                           GARDNER BOND TRABOLSI ST
                                                           LOUIS & CLEMENT

Dockets.Justia.com

Case 1:07-cv-03254-NLH-AMD     Document 2     Filed 07/16/2007     Page 2 of 4

2200 6TH AVE
STE 600
SEATTLE, WA 98121
206-256-6309
Email: jkestle@gardnerbond.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2007 | 1 | CLASS ACTION COMPLAINT against defendant(s) Menu Foods (Summons(es) NOT issued)(Receipt # SEA8254), filed by Suzanne E. Johnson, Craig R. Klemann. (Attachments: # 1 Civil Cover Sheet)(DJ) (Entered: 03/28/2007) |
| 03/29/2007 | 2 | NOTICE OF FILING BEFORE THE MDL PANEL A MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS TO THE WESTERN DISTRICT OF WASHINGTON ; filed by Plaintiffs Suzanne E Johnson, Craig R Klemann. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(RS, ) (Entered: 04/03/2007) |
| 04/06/2007 | 3 | NOTICE/JOINT MOTION of plaintiffs Jayme Pittsonberger, David Carter and Jim Bullock for transfer and coordination re MDL 1850 in re Pet Foods Product. Motion filed before MDL Panel. (RS, ) (Entered: 04/10/2007) |
| 04/10/2007 | 4 | Letter from Christine Fox addressed to Mr. Luthi requesting that their motion papers be filed as an interested party response re MDL 1850. (RS, ) (Entered: 04/11/2007) |
| 04/11/2007 | 5 | FIRST NOTICE OF POTENTIAL TAG ALONG ACTIONS RE MDL 1850 FILED BY MOVANT SEXTON (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(RS, ) (Entered: 04/12/2007) |
| 04/13/2007 | 6 | NOTICE/RESPONSE TO MDL PANEL of plaintiffs Jared Workman, Mark and Mona Cohen, and Peggy Schneider in response to all 3 motions for transfer and centralization of all Pet Food Products Liability Litigation (RS, ) (Entered: 04/17/2007) |
| 04/18/2007 | 7 | MOTION to Stay *All Proceedings* by Defendant Menu Foods. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit)(Trabolsi, Gary) (Entered: 04/18/2007) |
| 04/18/2007 | 8 | PROPOSED ORDER (Unsigned) re 7 MOTION to Stay *All Proceedings*. (Trabolsi, Gary) (Entered: 04/18/2007) |
| 04/18/2007 | 9 | CERTIFICATE OF SERVICE by Defendant Menu Foods re 7 MOTION to Stay *All Proceedings*. (Trabolsi, Gary) (Entered: 04/18/2007) |
| 04/19/2007 | 10 | NOTICE/MEMORANDUM OF PLAINTIFFS WHALEY ET AL IN OPPOSITION TO MOTIONS FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS SUBMITTED BY |

| | | |
|---|---|---|
| | | PLAINTIFFS SEXTON AND TROIANO (RS, ) (Entered: 04/20/2007) |
| 04/20/2007 | ⊙ | Noting Date Set/Reset re 7 MOTION to Stay *All Proceedings* : Noting Date 5/4/2007. (CL, ) (Entered: 04/20/2007) |
| 04/23/2007 | ⊙13 | NOTICE/RESPONSE TO MDL PANEL REGARDING MDL 1850 OF PLAINTIFF SHIRLEY SEXTON TO PLAINTIFF TROIANO AND WASHINGTON PLAINTIFFS" MOTIONS FOR TRANSFER AND COORDINATION OR CONSOLIDATION (RS, ) (Entered: 04/24/2007) |
| 04/24/2007 | ⊙11 | MINUTE ENTRY setting status conference:<br><br>The attorney who will be responsible for trying the case should attend the conference and be prepared to discuss the following matters at the conference: **1.** The nature of the case, **2.** The status of matters which are presently set before the Court, e.g., hearings, motions, etc., **3.** The status of discovery and a time schedule for its completion, **4.** A statement of any legal issues about which motions are contemplated and a possible briefing schedule, **5.** An estimate of the number of days needed for trial, **6.** Whether the case is jury or non-jury, **7.** The date by which the case will be ready for trial, and **8.** Settlement probabilities. Counsel for all parties are required to appear at the conference. If counsel office is outside of Seattle, arrangements can be made for telephonic participation in the conference. If counsel wish to make such arrangements, they should contact Julie Mahnke, Deputy Clerk at 206-370-8805. COUNSEL FOR THE PLAINTIFF IS DIRECTED TO NOTIFY ALL PARTIES OF THE DATE AND TIME OF THE SCHEDULED CONFERENCE. Status Conference set for 8/14/2007 at 09:00 AM before John C Coughenour. (JM, ) (Entered: 04/24/2007) |
| 04/24/2007 | ⊙12 | ORDER REGARDING DISCOVERY AND DEPOSITIONS by Judge John C Coughenour. (JM, ) (Entered: 04/24/2007) |
| 04/27/2007 | ⊙14 | NOTICE/RESPONSE TO MDL PANEL REGARDING MDL 1850 OF PLAINTIFFS TO MOTION FOR TRANSFER AND CONSOLIDATION AND REQUEST FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS TO THE WESTERN DISTRICT OF ARKANSAS (RS, ) (Entered: 05/01/2007) |
| 04/27/2007 | ⊙15 | NOTICE/RESPONSE TO MDL PANEL REGARDING MDL 1850 OF PLAINTIFFS TO MOTION FOR TRANSFER AND CONSOLIDATION AND REQUEST FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS TO THE WESTERN DISTRICT OF ARKANSAS (RS, ) (Entered: 05/01/2007) |
| 04/30/2007 | ⊙16 | NOTICE to MDL Panel by Attorney Bruce Newman Re: Service List (TS,) (Entered: 05/01/2007) |
| 05/03/2007 | ⊙17 | NOTICE OF APPEARANCE/MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA AND FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 USC 1407 filed by Plaintiffs (Attachments: # 1 Plaintiffs' Memorandum)(TS, ) (Entered: |

| | | |
|---|---|---|
| | | 05/04/2007) |
| 05/04/2007 | ◯18 | STIPULATION AND PROPOSED ORDER *STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE* by parties. (Attachments: # 1 Certificate of Service)(Kestle, Jeffrey) (Entered: 05/04/2007) |
| 05/07/2007 | ◯20 | LETTER RE MOTION FOR TRANSFER/ NOTICE OF APPEARANCE /PLAINTIFFS' NOTICE OF JOINDER AND JOINDER IN MOTION FOR TRANSFER OF ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA AND FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. 1407 filed by Plaintiffs(TS, ) (Entered: 05/09/2007) |
| 05/08/2007 | ◯19 | STIPULATION AND ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE, by Judge John C Coughenour. (CL, ) (Entered: 05/08/2007) |
| 05/14/2007 | ◯21 | NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT re MDL 1850(RS, ) (Entered: 05/15/2007) |
| 05/16/2007 | ◯22 | NOTICE OF APPEARANCE AND NOTICE OF PRESENTATION OF ORAL ARGUMENT/MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF OHIO PURSUANT TO 28 USC 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS AND BRIEF IN SUPPORT OF PLAINTIFFS' MOTION, filed by Plaintiffs'(TS, ) Additional attachment(s) added on 5/21/2007 (TS, ). (Entered: 05/17/2007) |
| 05/21/2007 | ◯23 | NOTICE of Corrected Image/Document re 22 Notice. (Service of corrected image is attached). (TS, ) (Entered: 05/21/2007) |
| 05/21/2007 | ◯24 | NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT re MDL 1850(TS, ) (Entered: 05/22/2007) |
| 06/25/2007 | ◯25 | NOTICE from MDL Panel with copy of Transfer Order(RS, ) (Entered: 06/27/2007) |
| 07/02/2007 | ◯26 | NOTICE from MDL Panel with copy of order re in re Pet Food Products MDL 1850(RS, ) (Entered: 07/03/2007) |